UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMALES PHOTOGRAPHY LLC,

|                              | Plaintiff,   |                | 26 Civ. 1580 |
| :--- | :--- | :--- | :--- |

-v-

THE NEWS INC.,

ORDER

Defendant.

---

PAUL A. ENGELMAYER, District Judge:

A telephonic initial pretrial conference in the above-captioned matter is presently scheduled for May 8, 2026 at 3:30 p.m.  Dkt. 12.  The Court reschedules this conference for May 7, 2026 at 3:30 p.m.  The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 29, 2026
       New York, New York