UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMALES PHOTOGRAPHY LLC,

                              Plaintiff,                      26 Civ. 1580

              -v-                                            ORDER

THE NEWS INC.,

                              Defendant.

---

PAUL A. ENGELMAYER, District Judge:

A telephonic initial pretrial conference in the above-captioned matter is presently scheduled for May 7, 2026 at 3:30 p.m.  Dkt. 15.  The Court reschedules this conference for May 8, 2026 at 10:30 a.m.  The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.


       SO ORDERED.

                                                    _Paul A. Engelmayer_
                                          _____
                                                 PAUL A. ENGELMAYER
                                                 United States District Judge

Dated: May 5, 2026
       New York, New York